**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 1, 2020

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York

**APPLICATION GRANTED
SO ORDERED**
**VERNON S. BRODERICK
U.S.D.J.** 10/2/2020

The status conference scheduled for October 14, 2020 is hereby adjourned to October 21, 2020 at 9 am.

**Re: United States v. Carlos Lopez, 17 Cr. 179 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court reschedule this VOSR conference to the week of October 19. I am unfortunately out of town and unavailable to appear on the currently scheduled date of October 14. The Government consents to this request.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Jason M. Swergold, Esq. (Assistant United States Attorney)