```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
            -v-                                                   :      17-CR-179 (VSB)
                                                                  :
CARLOS LOPEZ,                                                     :          ORDER
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020
```

VERNON S. BRODERICK, United States District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 78633-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

Dated: October 21, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge